In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. ELYNOR M. DIX et al., Appellants; DAVID C. ANCHIN, Respondent.— Motion to resettle and correct the record denied, without costs, on the ground that the settlement of the record in the first instance should be made in the court from which the appeal is taken. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (March 22, 1960)

In the Matter of JOSEPH P. ROCHE, as Clerk and Custodian of Records of the Children's Court of Albany County.— Application, pursuant to the provisions of section 89 of the Judiciary Law, verified January 29, 1960, for permission to destroy or otherwise dispose of certain papers, books and records of the Children's Court, Albany County, as set forth in such application. Application granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE POOLE, Appellant.— Motion for an extension of time within which to perfect appeal granted, and the time is extended to the May 1960 Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant.—Motion by appellant for an extension of time within which to perfect appeal. Motion granted and time is extended for 90 days from the date of this decision. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant.— Motion for permission to extend the time within which to perfect appeal granted and the time is extended to April 19, 1960. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.